KIMBERLY A. SANCHEZ
Acting United States Attorney
ZULKAR KHAN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                      Plaintiff,<br><br>     v.<br><br>STEVEN L. POSLOF,<br><br>                      Defendant. | CASE NO. 2:25-PO-00154-SCR<br><br>[~~Proposed~~] ORDER TO DISMISS AND VACATE FURTHER SET DATES<br><br>DATE:  August 12, 2025<br>TIME:  10:00 a.m.<br>JUDGE: Honorable Sean C. Riordan |

It is hereby ordered that the plaintiff United States of America's Motion to Dismiss the violation notice in Case Number 2:25-po-00154-SCR is GRANTED.

It is further ordered that the status conference scheduled on August 12, 2025, at 10:00 a.m. and the bench trial scheduled on October 20, 2025, at 9:00 a.m. are vacated.

IT IS SO ORDERED.

DATED: August 7, 2025

_____
SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE